IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
*************************************************************************
IN RE                              :        CHAPTER 13
STEVEN G. MERCER                   :
             Debtor(s)             :        CASE NO. 5-16-00577
*************************************************************************
           NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
*************************************************************************
```

NOTICE IS HEREBY GIVEN that Debtor filed a Motion to Incur New Debt to purchase a home with the United States Bankruptcy Court for the Middle District Court of Pennsylvania. Objections to said Motion to Incur New Debt to purchase a home shall be filed with the Clerk, U.S. Bankruptcy Court, 274 Max Rosenn, U.S. Courthouse, 197 South Main St., Wilkes-Barre, PA 18701, on or before December 25, 2020. All objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon Debtors' Counsel and upon Chapter 13 Trustee. Hearing on any Answers or Objections will be heard on January 14, 2021 at 9:30 a.m. via telephonic hearing.

If no objections are timely filed and served upon the following individuals, the Court may enter an Order granting the Motion to Incur New Debt to purchase a home.

Tullio DeLuca, Esquire
381 N 9th Avenue
Scranton PA 18504
[Attorney for Debtor(s)}

Date of Notice:    December 11, 2020