# Pre-Application Worksheet

| | |
|---|---|
| Loan Number: **640019042930** | Date: 1/5/2021 |
| Borrower(s): **Steven Mercer** | Lender: **Atlantic Home Loans Inc.** **2770 Emrick Blvd. Suite B-7 Bethlehem PA 18020** |
| Property Address: **118 Swartz st** **Dunmore, PA 18512** | Loan Product: Fixed Rate |

| Total Loan Amount: $152,930.00 | Base Loan Amount: $150,300.00 | Interest Rate: 3.625% | Appraised Value: $175,000 | LTV: 96.457% |
|---|---|---|---|---|
| Loan Type: FHA | Amortization: Fixed | | Term: 360 months | APR: 4.844% |

### Estimated Monthly Payment
- Principal & Interest: $697.44
- Other/Secondary Financing (P & I): $
- Hazard Insurance: $70.00
- Real Estate Taxes: $200.00
- Mortgage Insurance: $105.55
- HOA Dues: $
- Other: $0.00
- **Total Monthly Payment:** $1,072.99

### Additional Loan Features
- Interest Only: N   Interest Only Mths.
- Balloon: N   Balloon Due //
- 1st Adj. Cap %   1st Change Mths.
- Margin: %   Index: %
- Life Cap:%   Floor:%

| | | | |
|---|---|---|---|
| Loan Origination Fee: | $ | | $ |
| Application Fee | $ | | $ |
| Processing Fee | $495.00 | | $ |
| Underwriting Fee | $600.00 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | |
| | $ | Daily Int. 2 days @ $15.19 | $30.38 |
| | $ | Mortgage Ins. Premium | $2,630.25 |
| | $ | Homeowner's Insurance | $840.00 |
| Appraisal Review Fee | $ | Property Taxes | $ |
| | $ | VA Funding Fee | $ |
| | $ | Flood Insurance | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| Origination Credit: | $ | | $ |
| Discount Points: | $2,293.95 | | $ |
| | $ | | $ |
| Appraisal Fee | $505.00 | | |
| Credit Report | $ | Homeowner's Ins 3 mths. @ $70.00 | $210.00 |
| Flood Cert | $ | Mortgage Ins. mths. @ $105.55 | $ |
| Tax Service Fee | $ | Property Taxes 12 mths. @ $200.00 | $2,400.00 |
| Appraisal Review Fee | $ | City Property Tax mths. @ | $ |
| Final Inspection | $150.00 | Flood Insurance mths. @ $ | $ |
| Condo Questionnaire | $ | mths. @ $ | $ |
| Subordination | $ | mths. @ $ | $ |
| | $ | mths. @ $ | $ |
| | $ | USDA @ $ | $ |
| | $ | Aggregate Adjustment | |
| | $ | | |
| | $ | | $ |
| | $ | | $ |
| | $ | Closing Protection Letter | $125.00 |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | Settlement Fee | $ |
| | $ | Closing Fee | $ |
| | $ | Escrow Fee | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | Owners Title Insurance | $17.10 |
| | $ | Lenders Title Insurance | $1,627.10 |
| | | | |
| Title Services | $150.00 | | |
| Courier Fee | $55.00 | Pest Inspection | $140.00 |
| Document Preparation Fees | $200.00 | | $ |
| Municipal Lien Search | $50.00 | | $ |

| | | | |
|---|---|---|---|
| Overnight Fees | $55.00 | | $ |
| Settlement - Other | $80.00 | | $ |
| | $ | | $ |
| | $ | | $ |
| | | | $ |
| Recording Fees | $243.50 | | $ |
| Transfer Taxes | $ | | $ |
| City/County Tax Stamps | $779.10 | | $ |
| State Tax Stamps | $779.10 | | $ |
| Government Recording and Transfer Charges Paid by Seller | $1,558.20 | | |
| | $ | | $ |
| | $ | | $ |
| | $ | | |
| | $ | | |
| | $ | | |

| Estimated Funds Needed to Close | | | |
|---|---|---|---|
| Purchase Price/Payoff: | $155,820.00 | Loan Amount: | $150,300.00 |
| | | Total Non-Borrower Paid Closing Costs: | $ |
| | | FHA UFMIP/VA Funding Fee Financed: | $2,630.00 |
| | | Other: SellerCredit | $8,820.00 |
| **Total Estimated Closing Costs: | $6,050.90 | Other: | $ |
| | | Other: | $ |
| | | First Mortgage: | $ |
| Total Est. Reserves/Prepaid costs: | $3,480.38 | Subordinate Financing/2nd Mtg: | $ |
| | | Closing Costs paid by B/L/A/O | $ |
| | | Closing Cost from First Lien: | $ |
| Discount Points: | $2,293.95 | | |
| | | **Total Credits:** | **$161,750.00** |
| FHA UFMIP/VA Funding Fee: | $2,630.25 | | |
| **Total Costs:** | **$170,275.48** | | |
| Cash [To/From] Borrower (total cost – total credit): $8,525.48 | | | |

**\*\*Total Estimated Closing Costs excludes Paid Outside Closing (POC) costs and includes all costs (borrower paid, lender paid and seller paid).**