Certificate Number: 15317-PAM-DE-035738933

Bankruptcy Case Number: 16-00577


15317-PAM-DE-035738933

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 7, 2021</u>, at <u>6:42</u> o'clock <u>PM PDT</u>, <u>Steven Mercer</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 7, 2021</u>     By: <u>/s/Jennieca Laud</u>

Name: <u>Jennieca Laud</u>

Title: <u>Credit Counselor</u>