United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Steven G. Mercer  
    Debtor

Case No. 16-00577-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 14, 2021      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Steven G. Mercer, 118 Swartz St, Dunmore, PA 18512-1951 |
| 4751267 | + | Joanna Mercer, 330 W. Main St., Dalton, PA 18414-9558 |
| 4751268 | | Joanna Mercer, 330 W. Mercer, Dalton, PA 18414 |
| 4751269 | + | Lanoka Harbor Marina, 888 Bay Way, Lanoka Harbor, NJ 08734-1900 |
| 4751270 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 4766026 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 4751272 | + | Steven G. Mercer, 805 Poplar St., Clarks Summit, PA 18411-1745 |
| 4760489 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 5375614 | + | Wells Fargo Bank, N.A., c/o Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Lauren, NJ 08054-1218 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Jun 14 2021 19:10:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| 4751263 | + | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4767004 | | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4751264 | | EDI: DISCOVER.COM | Jun 14 2021 23:03:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 4751265 | | EDI: DISCOVER.COM | Jun 14 2021 23:03:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 4754827 | + | EDI: DISCOVER.COM | Jun 14 2021 23:03:00 | Discover Bank, Discover Products Inc, POB 3025, New Albany Ohio 43054-3025 |
| 4751266 | + | EDI: CITICORP.COM | Jun 14 2021 23:03:00 | Home Depot Credit Services, PO Box 790328, St Louis, MO 63179-0328 |
| 4861688 | + | EDI: IRS.COM | Jun 14 2021 23:03:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 4751271 | | Email/Text: camanagement@mtb.com | Jun 14 2021 19:10:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4787630 | + | EDI: MID8.COM | Jun 14 2021 23:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4801559 | | EDI: PRA.COM | Jun 14 2021 23:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4751273 | | EDI: RMSC.COM | Jun 14 2021 23:03:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4751274 | | EDI: TFSR.COM | Jun 14 2021 23:03:00 | Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 8026, Cedar Rapids, IA 52408 |
| 4789505 | + | EDI: WFFC.COM | Jun 14 2021 23:03:00 | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 4751275 | + | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo, P.O. Box 94435, Albuquerque, NM 87199-4435 |
| 4751276 | + | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo Bank, N.A., Attn: Bankruptcy Dept., MAC #D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 4751277 | | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo Financial, One Home Campus, Des Moines, IA 50328-0001 |
| 4751278 | + | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Douglas J. Smillie | on behalf of Creditor M&T BANK dsmillie@flblaw.com ccharlton@flblaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Joseph P Schalk | on behalf of Creditor Wells Fargo Bank  N.A. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Steven G. Mercer tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Steven G. Mercer<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1807<br>EIN   __–_____ |
| **Debtor 2**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–00577–HWV | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven G. Mercer
aka Steven G.D. Mercer, aka Steven David Mercer, aka Steven Mercer

**By the court:**   *(signature)*

6/14/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**